#### 7509.   NORWOOD *v.* THE STATE.

BROYLES, J.   There being no assignment of error whatever in the bill of
exceptions, the writ ·is                                    *Dismissed.*
DECIDED JULY 31, 1916.

Accusation of sale of liquor; from city court of Carrollton.
April 29, 1916.

*Griffith & Matthews,* for plaintiff in error.                      .

*C. E. Roop, solicitor,* contra.